# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHAVEZ GOMEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | Case No. 1:14-cv-00425-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed March 25, 2014, Plaintiff Linda Chavez Gomez, by her attorneys, Law Offices of Lawrence D. Rohlfing, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Plaintiff's attorney is directed to serve the Commissioner in this matter.

IT IS SO ORDERED.

Dated: **June 4, 2014**　　　　　　　　　　／s/ **Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1