Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
LINDA CHAVEZ GOMEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHAVEZ GOMEZ | Case No.: 1:14-CV-00425-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Linda Chavez Gomez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 30, 2015; and that Defendant shall have until March 1, 2015, to file his opposition. Any reply by plaintiff will be due March 16, 2015.

This request is made at the request of Plaintiff's counsel inadvertently calendaring error and personal commitment that prevented filing by the close of business on Monday, January 26.

DATE: January 30, 2015            Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Ms. Linda Chavez Gomez


DATE:  January 30, 2015
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Chief, Civil Division

/s/ *Ms. Cynthia B. De Nardi*

BY: _____
Ms. Cynthia B. De Nardi
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail on 1/30/15|


IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 30, 2015, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to March 2, 2015 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due March 17, 2015.

IT IS SO ORDERED.


DATE:  2/2/2015            /s/ SANDRA M. SNYDER_____
                           UNITED STATES MAGISTRATE JUDGE